NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FREDERICK W. BAUER,**
*Claimant-Appellant,*

**v.**

**SLOAN D. GIBSON, ACTING SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7064

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 14-0132, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

Frederick W. Bauer moves out of time for a 30-day extension of time to file his reply brief.

Upon consideration thereof,

2                                                        BAUER v. GIBSON

IT IS ORDERED THAT:

The motion is granted.  Bauer's reply brief is due no later than 30 days from the date of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25